# IN THE SUPREME COURT OF THE STATE OF NEVADA

BROADACRES OPEN AIR
MARKETPLACE, LLC, A NEVADA
DOMESTIC COMPANY, A BUSINESS
LICENSED TO DO BUSINESS IN
NORTH LAS VEGAS, NV,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KERRY LOUISE EARLEY, DISTRICT
JUDGE,
Respondents,
    and
HILDA PEREZ-CAMACHO,
INDIVIDUALLY,
Real Party in Interest.

No. 78477

**FILED**

APR 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition or mandamus challenges a September 11, 2018, district court order denying a motion to dismiss for lack of subject matter jurisdiction and instead permitting real party in interest to amend her complaint.

Having reviewed the petition and supporting documents, we decline to exercise our discretion to consider this matter. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioner has not met its burden to show that our extraordinary intervention is

19-17094

warranted. *See* NRCP 15(a); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc: Hon. Kerry Louise Earley, District Judge
Olson, Cannon, Gormley, Angulo & Stoberski
Gazda & Tadayon
Eighth District Court Clerk